```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**MENDEL INDIG,**

                Plaintiff,          20-cv-4302 (JGK)

    - against -                <u>ORDER</u>

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

                Defendants.

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should provide the Court with a status report by August 28, 2020

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 13, 2020**          _/s/ John G. Koeltl_
                                                            **John G. Koeltl**
                                                    **United States District Judge**