```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
MENDEL INDIG,
                                        20-cv-04302 (JGK)
                Plaintiff,
                                        ORDER
        - against -

M&T BANK CORP.,

                Defendant.
————————————————————————————————
```

JOHN G. KOELTL, District Judge:

The parties are instructed to file a Rule 26(f) report by October 2, 2020.

SO ORDERED.

Dated:   New York, New York
         September 21, 2020

                                         /s/ John G. Koeltl
                                           John G. Koeltl
                              United States District Judge